1  J. Stephen Peek, Esq.
   Nevada Bar No. 1758
2  speek@hollandhart.com
   Holland & Hart LLP
3  5441 Kietzke Lane, Second Floor
   Reno, Nevada 89511
4  Telephone: (775) 327-3000
   Facsimile:  (775) 786-6179
5
   Todd W. Miller, Esq. (admitted *pro hac vice*)
6  tmiller@hollandhart.com
   Holland & Hart LLP
7  90 South Cascade Avenue
   Colorado Springs, Colorado 80903-1645
8  Telephone: (719) 475-7730
   Facsimile:  (303) 975-5293
9
   Attorneys for Incline Lake Corporation

```
                   FILED          RECEIVED
              ___  ENTERED    ___ SERVED ON
                          COUNSEL/PARTIES OF RECORD

                       OCT - 1 2010

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
              BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>753.95 ACRES OF LAND, MORE OR LESS, IN WASHOE COUNTY, NEVADA, and INCLINE LAKE CORPORATION, et al.,<br><br>Defendants.<br>_____<br>AND ALL RELATED CLAIMS<br>_____ | Case No. 3:08-cv-00386-JCM-VPC |

**NOTICE OF DISASSOCIATION
OF COUNSEL**

TO:   ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Shane M. Biornstad is no longer associated with Holland & Hart LLP. Please remove his name from the above-entitled matter. Please continue to provide

///

1  notices to the attention of J. Stephen Peek, Esq. and Todd W. Miller, Esq. of the law firm of
2  Holland & Hart LLP.

4  DATED this 28th day of September, 2010.

/s/
J. Stephen Peek, Esq.  (NV Bar #1758)
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179

Todd W. Miller, Esq. (admitted *pro hac vice*)
tmiller@hollandhart.com
Holland & Hart LLP
90 South Cascade Avenue
Colorado Springs, Colorado 80903-1645
Telephone:  (719) 475-7730
Facsimile:  (303) 975-5293

*Attorneys for Incline Lake Corporation*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: September 30, 2010

## PROOF OF SERVICE

I, Cynthia L. Kelb, declare:

I am employed in the **City of Reno, County of Washoe, State of Nevada,** by the law offices of Holland & Hart LLP. My business address is: **5441 Kietzke Lane, Second Floor, Reno, Nevada 89511.** I am over the age of 18 years and not a party to this action

I am readily familiar with Holland & Hart's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On September 28, 2010, I caused the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** to be:

__X__    filed the document electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document to the following person(s) at the following e-mail addresses. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or by United States Mail.

MacLean Marital Trust u/t/d
October 5, 1981
*Fax No. 775/829-1226*
mgunderson@gundersonlaw.com
kgunderson@gundersonlaw.com
Gunderson Law Firm
Mark H. Gunderson, Esq.
3895 Warren Way
Reno, Nevada 89509
 **(Served electronically)**

Donald Bernard II and Sallie A. Bernard
2515 Spinaker Drive
Reno, NV 89509
**(Served via 1st Class U.S. Mail)**

Mary Dooling
23151 Mora Glen Drive
Los Altos, CA 94024
**(Served via 1st Class U.S. Mail)**

Miriam Wingfield
3527 Mt. Diablo Blvd. #376
Lafayette, CA
**(Served via *electronic* Mail)**

Polly Wingfield (formerly Polly Kline)
6 Elder Court
Menlo Park, CA 94025
**(Served via *electronic* Mail)**

United States
*Fax No. 202-305-0398*
Michael.Krainak@usdoj.gov
Michael J. Krainak
Jeffrey.Tapick@usdoj.gov
Jeffrey M. Tapick
U.S. Department of Justice
Environment & Natural Resource Division
601 D Street, N.W.
P.O. Box 561 – Ben Franklin Station
Washington, D.C. 20040
**(Served electronically)**

*Fax No. 784-5181*
Greg.Addington@usdoj.gov
Greg Addington, Esq.
Assistant U.S. Attorney
100 W. Liberty Street, Suite 600
Reno, NV 89501
**(Served electronically)**

Edward F. Malley
403 Beach Drive
Aptos, CA 95003
**(Served via *electronic* Mail)**

Margaret Anne Taddeucci
2 Welcome Lane
San Rafael, CA 94901
**(Served via *electronic* Mail)**

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

| | |
|---|---|
| Russell R. Goebel<br>6178 Laurel Wood Drive<br>Reno, NV 89509<br>**(Served via 1st Class U.S. Mail)** | Roberta Wilson (formerly Roberta Mohler)<br>Post Office Box 5714<br>Santa Barbara, CA 93150<br>**(Served via *electronic* mail)** |
| Vicky Lee and David Daniel Loose<br>P.O. Box 17419<br>Reno, NV 89511-7419<br>**(Served via *electronic* Mail)** | William Helgren<br>2043 Nicklaus Circle<br>Roseville, CA 95678<br>**(Served via 1st Class U.S. Mail)** |
| Paul Dean Langham, Jr.<br>4500 Mira Loma Drive, Apt # 145<br>Reno, Nevada 89502<br>**(Served via 1st Class U.S. Mail)** | Ann A. Langham<br>13025 Broili Land<br>Reno, NV 89511<br>**(Served via 1st Class U.S. Mail)** |
| Mary McCarty<br>P. O. Box 8125<br>Spring Creek, NV 89815<br>**(Served via 1st Class U.S. Mail)** | Patricia L. Lund<br>3740 Pershing Lane<br>Carson City, NV 89704<br>**(Served via *electronic* Mail)** |
| Gloria Ramsey<br>P. O. Box 6568<br>Reno, NV 89513<br>**(Served via 1st Class U.S. Mail)** | Shiela L. Mills<br>12575 Clearwater Drive<br>Reno, NV 89511<br>**(Served via 1st Class U.S. Mail)** |
| Hosea, LLC<br>Holland & Hart LLP, Registered Agent<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br>**(Served via 1st Class U.S. Mail)** | Barbara Rail<br>P. O. Box 1314<br>Fairfield, IA 52556<br>**(Served via 1st Class U.S. Mail)** |
| Gail E. Cavakis<br>2615 Manzanita Lane<br>Reno, NV 89509<br>**(Served via *electronic* Mail)** | William H. Trevor,<br>Trustee of the Michael G. Trevor 2003 Irrevocable Trust, the Amy I. Trevor 2003 Irrevocable Trust, the James H. Trevor, II 2003 Irrevocable Trust, and the William S. Trevor 2003 Irrevocable Trust<br>**c/o William H. Trevor**<br>**P. O. Box 268**<br>**Burlingame, CA 94011**<br>**(Served via *electronic* Mail)** |
| Plath Family Trust u/d/t/ 3/15/95<br>c/o Virginia H. Plath<br>1479 Foster Drive<br>Reno, NV 89509<br>**(Served via 1st Class U.S. Mail)** | |
| Plath Family Trust u/d/t/ 3/15/95<br>c/o Pamela Griffin<br>3599 Rocky Ridge Blvd.<br>Sparks, NV 89431<br>**(Served via 1st Class U.S. Mail)** | James McBride<br>P. O. Box 190<br>Glen Ellen, CA 95442<br>**(Served via 1st Class U.S. Mail)** |
| | Camden D. Solari<br>2525 Manzanita Lane<br>Reno, NV 89509<br>**(Served via 1st Class U.S. Mail)** |
| | Norman Nash<br>2565 Manzanita Lane<br>Reno, NV 89509<br>**(Served via *electronic* Mail)** |

1  Plath Family Trust u/d/t/ 3/15/95
   c/o Gordon Peter Plath
2  1479 Foster Drive
   Reno, NV 89509
3  **(Served via *electronic* Mail)**

4  Plath Family Trust u/d/t/ 3/15/95
   c/o Janet Josephsen
5  3333 Spring Creek Circle
   Reno, NV 89509
6  **(Served via *electronic* Mail)**

7  Roger Steele
   c/o John Steele
8  39825 Morning Dove Place
   Davis, CA 95616
9  **(Served via *electronic* Mail)**

11  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 28, 2010.

13  _____/s/_____
    Cynthia L. Kelb

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

4924017_1.DOC