# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:08-CV-0386-JCM (VPC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | January 19, 2011 |
| 753.95 ACRES OF LAND, et al., ) | |
| Defendants. ) | |

**PRESENT:** THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN        **REPORTER:** NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Non-party Terra Firma Associates, LLC filed a motion to be excused from appearing at the settlement conference (#442) and an errata to that motion (#444). The court ordered that if any party had an objection to Terra Firma being excused from the settlement conference, they were to file an objection on or before Friday, January 14, 2011 (#443). No objection was filed; therefore,

**IT IS ORDERED** that non-party Terra Firma Associates, LLC's motion to be excused from appearing at the settlement conference (#442) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk